**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1669**

———————

AHMAT DJIBRINE OUSMANE,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted: February 11, 2009     Decided: March 10, 2009

———————

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Ivan Yacub, Falls Church, Virginia, for Petitioner. Gregory G. Katsas, Assistant Attorney General, Carol Federighi, Senior Litigation Counsel, Rebecca Hoffberg, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmat Djibrine Ousmane, a native and citizen of Chad, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen as untimely. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion. See 8 C.F.R. § 1003.2(a) (2008). Accordingly, we deny the petition for review substantially for the reasons stated by the Board. See In re: Ousmane (B.I.A. May 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED